**Jack BARRON, Plaintiff–Appellant**

v.

**SCVNGR, INC., d/b/a LevelUp, Defendant–Appellee.**

No. 2014–1708.

United States Court of Appeals, Federal Circuit.

March 6, 2015.

David L. Fine, Mirick O'Connell DeMallie & Lougee, LLP, Worcester, MA, argued for plaintiff-appellant. Also represented by John O. Mirick.

Brian Carl Carroll, SCVNGR, Inc., d/b/a LevelUp, Boston, MA, argued for defendant-appellee. Also represented by Philip C. Swain, Foley Hoag LLP, Boston, MA.

DYK, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

**This Cause** having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**